ACCEPTED
12-15-00015-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/26/2015 12:17:01 PM
CATHY LUSK
CLERK

# JEFFREY L. COE

## ATTORNEY AT LAW

January 26, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/26/2015 12:17:01 PM

CATHY S. LUSK
Clerk

Katrina McClenny
Tyler Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

Re:     In Re Innovation Resource Solution, LLC, Appeal No. 12-15-00015-CV

Dear Clerk:

Please be advised that although a final trial was scheduled in the trial court in the above-referenced original proceeding, the trial court judge, the Honorable Deborah Oakes Evans, stayed the case pending resolution of the petition for writ of mandamus pending before the Court of Appeals. If you have any questions, please do not hesitate to contact me.

Cordially,

*/s/ Jeffrey L. Coe*
Jeffrey L. Coe
Attorney at Law